IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 23-cv-00271 |
| | ) |
| SBS LINCOLNSHIRE, LLC d/b/a | ) Judge Coleman |
| STAYBRIDGE SUITES CHICAGO- | ) |
| LINCOLNSHIRE | ) Magistrate Judge Fuentes |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiff, HOWARD COHAN hereby gives notice of the voluntary dismissal of this action with prejudice, each party to bear its own costs, including attorneys' fees because all matters in controversy have been fully resolved.

HOWARD COHAN

By: /s/ *Marshall J. Burt*
His attorney

Marshall J. Burt
The Burt Law Group, Ltd.
Counsel for Plaintiff
1338 S. Federal St. #L
Chicago, IL60605
312-854-3833
marshall@mjburtlaw.com
IARDC #6198381

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record and to:

Matthew M. Saffar
Law Offices of Matthew M. Saffar, LLC
Attorney for Defendant
14045 W. Petronella Dr., Suite 5
Libertyville, IL 60048
saffarlaw@gmail.com

by emailing same on this June 12, 2023.

/s/ *Marshall J. Burt*
Marshall J. Burt